UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 MAR -2  PM 2: 50

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW SENATOR MELVIN,<br>Defendant. | Criminal No. 5:17-cr-24 |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about February 15, 2017, the defendant MATTHEW MELVIN made and used a false writing and document in a matter within the jurisdiction of the judicial branch of the Government of the United States, knowing the document contained a materially false, fictitious and fraudulent statement and entry, in that he provided to the United States Probation Office an employment letter with false contact information for the employer, to conceal from the Probation

1

Office his failure to notify the employer that he was facing federal criminal charges, in violation of his pre-trial release conditions.

**(18 U.S.C. 1001(a)(3))**

A TRUE BILL

███████████████

FOREPERSON

_____ (by JJB)
EUGENIA A.P. COWLES
Acting United States Attorney
Burlington, Vermont
March 2, 2017